# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street
Suite 301-A
Astoria, NY 11103

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

October 14, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

MEMORANDUM ENDORSED

Re: Barranco v. La Isla Restaurant, Inc., et al. 22-cv-1323

Your Honor,

The parties jointly would respectfully ask for an extension of time to November 1st, 2022 to submit a motion for fairness approval under *Cheeks* for this matter arising under the FLSA. The parties have a draft agreement in circulation however, there are a few ancillary issues the attorneys need to discuss with the litigants before committing to final terms.

This is the first request for an extension.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Extension to November 1, 2022, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 17, 2022