# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

November 2nd, 2022

Honorable Gabriel W. Gorenstein  
United States Magistrate Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

MEMORANDUM ENDORSED

Re: Barranco v. La Isla Restaurant, Inc., et al. 22-cv-1323

Your Honor,

The parties jointly would respectfully ask for an extension of time to November 25th, 2022 to submit a motion for fairness approval under *Cheeks* for this matter arising under the FLSA. The parties have exchanged drafts and are awaiting client approval on the final terms.

This is the second request for an extension. The parties apologize for the late request.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Extension to November 28, 2022, granted.

So Ordered.

_____  
GABRIEL W. GORENSTEIN  
United States Magistrate Judge  
November 2, 2022