# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

November 28th, 2022

Honorable Gabriel W. Gorenstein  
United States Magistrate Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

MEMORANDUM ENDORSED

Re: Barranco v. La Isla Restaurant, Inc., et al. 22-cv-1323

Your Honor,

The parties jointly would respectfully ask for an extension of time to December 9th, 2022 to submit a motion for fairness approval under *Cheeks* for this matter arising under the FLSA. Counsel on each side have had multiple discussions and exchanged several drafts of the proposed agreement and confessions of judgment since the second request for an extension. We now have a final for client execution. Defendants have asked for until Friday to obtain all the necessary signatures, which includes four individual defendants with different schedules. In an abundance of caution, the undersigned would ask for an additional week in addition to the week suggested by Defendants.

This is the third request for an extension.

Extension to January 13, 2023, granted. Please try to file it before then.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

So Ordered.

_____  
GABRIEL W. GORENSTEIN  
United States Magistrate Judge  
November 29, 2022