UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL BARRANCO, *Plaintiff*, <br><br> -against- <br> LA ISLA RESTAURANT, INC. (d/b/a La Isla Cuchifrito), LUZ MARIA CLAUDIO a/k/a Lucy, MADELENE NIEVEZ A/K/A MADELENE OLATUNBOSUN , ELIZABETH DOE and CHRISTINA DOE, <br><br> Defendants. | Docket No.: 22-cv-1323 <br><br> **STIPULATION OF DISCONTINUANCE** |

## SO-ORDERED STIPULATION
## OF DISMISSAL WITH PREJUDICE

**WHEREAS**, the Court having reviewed the submissions of counsel, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The duly executed settlement agreement, which includes, among other things, a waiver and release of the Plaintiff's claims pursuant to the Fair Labor Standards Act of 1938 and New York Labor Law, as amended, has been negotiated in good faith and at arm's length by the parties through their attorneys;

2.    The settlement agreement is approved as a fair and reasonable disposition of the Plaintiff's claims;

3.    This action, including all claims asserted by the Plaintiff herein, is hereby dismissed with prejudice, without costs to either party as against the other, as to all claims, causes of action, and Defendants, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

9

12551674

4.      Each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise expressly agreed in writing by the parties; and

5.      The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated:      New York, New York
            _____, 2022


/s/ Salvatore Gangemi, Esq.

Salvatore Gangemi, Esq.                         Colin Mulholland, Esq.
Murtha Cullina LLP                              Law Offices of Colin Mulholland
107 Elm Street                                  30-97 Steinway St, 301-A
Stamford, CT 06902                              Astoria, NY 11103
(203-653-5436                                   347-687-2019
sgangemi@murthalaw.com                          cmulhollandesq@gmail.com
Attorneys for Defendants, Luz Maria Claudio,    Attorney for Plaintiff
Madelene Nievez, Elizabeth Ocasio
and Christina Lopez


                                    _____

                                         **SO ORDERED**


                                         10

12551674